IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEENULLAH TOUKH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1687 (__H) |
| ) | |
| ) | NOTICE OF APPEARANCE |
| GEORGE W. BUSH, President of the ) | |
| United States, et al., ) | |
| ) | |
| Respondents. ) | |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner AMEENULLAH TOUKH and NASIR AHMAD, as Next Friend of Ameenullah Toukh in this matter. Service upon counsel made made to:

TERRY R. WEST
THE WEST LAW FIRM
124 W. Highland – PO Box 698
Shawnee, Oklahoma 74802-0698

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: December 8, 2006

Respectfully submitted,

Counsel for Petitioner:

_____
TERRY W. WEST, OBA NO. 9496
THE WEST LAW FIRM
124 W. Highland – PO Box 698
Shawnee, OK 74802-0698
(405) 275-0040 Telephone
(405) 275-0052 Facsimile
terry@thewestlawfirm.com