IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMEENULLAH TOUKH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 06-1687 (_H) |
| ) | |
| ) | NOTICE OF APPEARANCE |
| GEORGE W. BUSH, President of the ) | |
| United States, et al., ) | |
| ) | |
| Respondents. ) | |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner AMEENULLAH TOUKH and NASIR AHMAD, as Next Friend of Ameenullah Toukh, in this matter. Service upon counsel may be made to:

> Larry D. Ottaway
> Foliart, Huff, Ottaway & Bottom
> 201 Robert S. Kerr Avenue, 12th Floor
> Oklahoma City, OK 73102

Counsel for Petitioner certifies, pursuant to L.Cv.R. 83.2(g), that he is representing Petitioner without compensation.

Dated: December 8, 2006.

Respectfully submitted,

Counsel for Petitioner:

_/s/ Larry D. Ottaway_
Larry D. Ottaway, OBA No. 6816
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr, 12th Floor
Oklahoma City, OK 73102
Telephone: 405-232-4633
Facsimile: 405-232-3462
larryottaway@oklahomacounsel.com