IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMEENULLAH TOUKH, *et al.*, | ) ) ) | |
| *Petitioners*, | ) ) ) | |
| v. | ) ) | Civ. No. 06-1687 (_H) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) | |

### ERRATA TO PLAINTIFF TOUKH'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS

The following should be substituted for the first sentence in the first full paragraph on page two following "2."

Although it is our understanding that no protective order has been entered in this case, in other cases where such orders have been entered, the government apparently seeks to dissolve them.

Respectfully submitted,

s/ *Randall T. Coyne*
Randall T. Coyne
UNIVERSITY OF OKLAHOMA
COLLEGE OF LAW
Andrew Coats Hall
300 Timberdell Road
Norman, OK 73019
(405) 325-4646 (tel)
(405) 325-0389 (fax)

1

Larry D. Ottaway, OBA No. 6816
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
(405) 232-4633 (tel)
(405) 232-3462 (fax)

Terry W. West, OBA No. 9496
THE WEST LAW FIRM
P.O. Box 698
Shawnee, OK 74802-0698
405-275-0040 (tel)
405-275-0052 (fax)

Counsel for Petitioner

May 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically submitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/ *Randall T. Coyne*