IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No 08-444 (TFH) |
| TOUKH v. BUSH | No. 06-CV-1687 (ESH) |

## STATUS REPORT FOR PETITIONER

Pursuant to the Court's July 3, 2008 Order (dkt. no. 17), undersigned counsel for Petitioner Ameenullah Toukh ("Petitioner") hereby states as follows:

1.   Petitioner, a citizen of Afghanistan, was detained at Guantánamo from 2002 to December 2007. He was approved to leave Guantánamo in November 2007, one month before his transfer.

2.   On December 11, 2007, Petitioner was transferred from Guantánamo to Afghanistan. After a brief stopover at the U.S. Air Base at Bagram, he was flown directly to Pul-e-charki, a large Soviet-era prison located outside of Kabul. On information and belief, Petitioner has been detained within a U.S.-sponsored unit of Pul-e-charki, without charge, since that time.

3.   The Pul-e-charki unit in which Petitioner is being held is known as "Block D." Although Afghan personnel are the public face of Block D, the U.S. government plays a critical role in its ongoing operations. The unit was built by the United States at a cost of over $20 million for the specific purpose of holding prisoners transferred from the

U.S. detention facilities at Guantánamo and Bagram. Since mid-2007, all Guantánamo prisoners returning to Afghanistan have been sent there. U.S. advisors maintain on-site presence at Block D 24 hours a day. Furthermore, prison transfers from Guantánamo to Block D are made pursuant to a written agreement between the U.S. and Afghan governments that, on information and belief, ensures continuing U.S. authority with respect to the release of any prisoners to freedom. If Petitioner is still detained in Block D, these facts alone establish the continuing jurisdiction of this Court over his habeas petition.

4.  Petitioner was transferred to and, on information and belief, is currently being held in Block D as a direct consequence of his illegal detention by the U.S. military at Guantánamo. Block D review procedures rely on prisoner files prepared by U.S. personnel from U.S. military files at Guantánamo. These newly prepared files are transferred by the United States to Afghanistan along with the prisoners. Subsequent prisoner reviews at Pul-e-charki rely on information developed in connection with the Combatant Status Review Tribunals ("CSRTs") at Guantánamo, which were found unreliable in *Boumediene v. Bush*, 533 U.S. __ (June 12, 2008) and *Parhat v. Gates*, No. 06-1397 (D.C. Cir. June 20, 2008). These facts constitute a separate and independent basis for the continuing jurisdiction of this Court over Petitioner's habeas petition.

5.  Counsel for Petitioner has not yet been able to confirm whether Petitioner continues to be detained in Block D or has been released, and whether he wishes to pursue his habeas case on constructive custody and/or collateral consequences grounds. Counsel will continue to make diligent attempts to confirm Petitioner's status and will submit a supplemental status report to the Court within 30 days.

Dated:   New York, New York                Respectfully submitted,
         July 14, 2008                     Counsel for Petitioner:

                                           /s/ Pardiss Kebriaei
                                           Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                           Shayana Kadidal (D.C. Bar No. 454248)
                                           Terry R. West (Pursuant to LCvR 83.2(g))
                                           CENTER FOR CONSTITUTIONAL
                                           RIGHTS
                                           666 Broadway, 7th Floor
                                           New York, New York 10012
                                           Tel:  (212) 614-6452
                                           Fax:  (212) 614-6499