IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
**IN RE:** :
:
**PETITIONERS SEEKING HABEAS** : Misc. No. 08-444 (TFH)
**CORPUS RELIEF IN RELATION TO** :
**PRIOR DETENTIONS AT** :
**GUANTANAMO BAY** :
_____ x
:
TOUKH, *et al.*, :
:
    Petitioners, :
:
   v. : No. 06-CV-1687 (ESH)
:
BUSH, *et al.*, :
:
    Respondents. :
:
_____ x

**SUPPLEMENTAL STATUS REPORT**

  Petitioner Ameenullah Toukh, by and through his undersigned counsel, submitted a status report on July 14, 2008 (Dkt. 20), in response to this Court's order of July 3, 2008 (Dkt. 17). As promised in that status report, *see* Dkt. 20, ¶ 5, Petitioner Toukh's counsel hereby respectfully submit this supplemental status report documenting their continuing efforts to ascertain his status and desire to pursue his habeas case.

  1. As stated in Petitioner's previous status report, Petitioner was transferred from Guantánamo to Afghanistan on December 11, 2007, and subsequently detained in a U.S.-

sponsored unit of Pul-e-charki prison known as "Block D" or the "Afghan National Detention Facility."

2.      While counsel have made progress in ascertaining Petitioner's current status, counsel have not yet been able to confirm that he continues to be held in Pul-e-charki. Because information is generally not available directly from local authorities, counsel have made the following efforts to locate petitioner and ascertain his status.

3.      Counsel have made several attempts to contact Petitioner's brother in Herat, Afghanistan by telephone. While the phone number appears to be operational, attempts to reach Petitioner's brother through it have not yet succeeded.

4.      Counsel have been in contact with the head of the Peace and Reconciliation Commission (PRC), an Afghan governmental body, in Kabul. The PRC monitors detainees at the Afghan National Detention Facility.  Officials with the PRC stated that they would be in contact with Petitioner's counsel regarding his status. Counsel are still awaiting their response.

5.      Finally, counsel have been in contact with staffers at the International Legal Foundation (ILF), a U.S.-based non-governmental organization with over eighty staffers located in Kabul and six other cities in Afghanistan. ILF is an organization dedicated to transitional criminal justice system reform which handles nearly two-thirds of all criminal cases in Afghanistan and also monitors detentions throughout the country. Counsel are still awaiting further information from ILF regarding Petitioner's location and status.

6.      The typical difficulties attendant to communicating with anyone located on the ground in Afghanistan have slowed the progress of all of the above efforts.

6.      Despite diligent efforts, counsel have been unable to confirm whether Petitioner continues to be detained in Block D or has been released, and whether he wishes to continue to

pursue his habeas case on constructive custody and/or collateral consequences grounds. Counsel will continue to make diligent attempts to confirm Petitioner's status and propose to submit to the Court a supplemental status report by October 15, 2008 (two weeks after the end of Ramadan).

Dated:   New York, New York
         August 14, 2008

                                        Respectfully submitted,

                                           /s/ sdk
                                        Shayana D. Kadidal (D.C. Bar No. 454248)
Pardiss Kebriaei
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6438
Fax: (212) 614-6499

Larry D. Ottaway
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue
12th Floor
Oklahoma City, OK 73102
Tel: (405) 232-4633
Fax: (405) 232-3462

Terry W. West
THE WEST LAW FIRM
124 West Highland
P.O. Box 698
Shawnee, OK 74802-0698
Tel: (405) 275-0040
Fax: (405) 275-0052

*Counsel for Petitioners*